IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRELL JOHNSON,
    Petitioner,

v.                                       CIVIL ACTION NO. 19-CV-5093

SUPT. LEE ESTOCK, *et al.*,
    Respondents.

## ORDER

AND NOW this 14th day November, 2019, **IT IS ORDERED** that:

1. The above captioned case is **REFERRED** to the Honorable Lynne A. Sitarski, United States Magistrate Judge, for a Report and Recommendation;

2. Pursuant to Local Civil Rule 72.1.IV(c), all issues and evidence shall be presented to the United States Magistrate Judge, and that new issues and evidence shall not be raised after the filing of the Report and Recommendation if they could have been presented to the United States Magistrate Judge; and

3. The Clerk of Court shall provide the District Attorney's Office of Philadelphia County with a copy of the petition.

BY THE COURT:

_____
GENE E.K. PRATTER, J.