

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 3/10/20

TO: Regina M. Zarnowski, Deputy Clerk to Magistrate Judge Sitarski

FROM: Jim Deitz, Deputy Clerk

RE: STATE COURT RECORD

CAPTION: JOHNSTON v. ESTOCK, ET AL

CASE NO: 19-CV-5093

**FILED**
MAR 2 1 2020
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Please acknowledge receipt of the State Court Record as described in the attached letter, which has been received by you.

---

Please sign and return this letter to the Clerk's Office for filing as a receipt of the State Court Record.

SIGNATURE: *Regina M. Zarnowski*

DATE: 3/11/2020