IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL JOHNSON,<br>*Petitioner* | : | CIVIL ACTION |
| v. | : | |
| SUPERINTENDENT LEE ESTOCK *et al.*,<br>*Respondents* | : | No. 19-5093 |

## ORDER

AND NOW, this 14th day of April, 2023, upon consideration of Mr. Johnson's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 13), Mr. Johnson's Objections to the Report and Recommendation (Doc. No. 14), and the Commonwealth's response in opposition to Mr. Johnson's objections (Doc. No. 23), it is **ORDERED** that:

1. Mr. Johnson's petition for a writ of habeas corpus (Doc. No. 1) is **DENIED** without an evidentiary hearing;

2. A Certificate of Appealability shall not issue; and

3. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE